1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | SARA WINSLOW (DCBN 457643)
Acting Chief, Civil Division

4 | MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025

7 | FAX: (415) 436-6748
mark.conrad@usdoj.gov

8

Attorneys for Defendant

9

10 | ROBERT E. BELSHAW (SBN 142028)
OF COUNSEL

11 | GUTIERREZ & ASSOCIATES
244 California Street, Suite 300

12 | San Francisco, CA 94111
Telephone: (415) 956-9590

13

Attorneys for Plaintiff

14 | American Small Business League

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AMERICAN SMALL BUSINESS LEAGUE, | ) | Case No. C 12-3174 NC |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND N.D. CIV. L.R. 77-2(c).** |
| v. | ) ) |  |
| UNITED STATES AIR FORCE, | ) ) |  |
| Defendant. | ) ) |  |

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. C 12-3174 NC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to this lawsuit, having engaged in settlement discussions and exchanged further correspondence regarding the document requests made by Plaintiff under the Freedom of Information Act ("Requests"), *see* Compl. ¶¶ 5-9 & Exs. A-D, agree that the claims asserted by Plaintiff in this action shall be dismissed voluntarily and with prejudice;

WHEREAS, this action is not subject to Rules 23(e), 23.1(c), 23.2, or 66, and therefore may be dismissed voluntarily pursuant to the stipulation of all parties who have appeared, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), and may be ordered dismissed by the Clerk without further direction of a Judge, *see* N.D. Civ. L.R. 77-2(c);

NOW, THEREFORE, it is hereby agreed and stipulated, by and between Plaintiff American Small Business League and Defendant United States Air Force, through their undersigned counsel, that this action, including all claims and counterclaims that were or could have been asserted by the parties with respect to the Requests, shall be and hereby are dismissed *with prejudice*, each party to bear its own fees and costs.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: September 11, 2012           */s/*
                                    MARK R. CONRAD
                                    Assistant United States Attorney

GUTIERREZ & ASSOCIATES

DATED: September 11, 2012           */s/*
                                    ROBERT E. BELSHAW
                                    Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/12/2012                    HON. NATHANAEL COUSINS
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. C 12-3174 NC